# BRACEWELL

January 8, 2020

*Application granted.*

SO ORDERED.

/s/ Cathy Seibel
CATHY SEIBEL, U.S.D.J.   1/8/20

VIA ECF

Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   United States v. Kaitlyn Gold, Dkt. No. 19 CR 470

Dear Judge Seibel:

    I write to request a modification of Kaitlyn Gold's bail conditions to permit her to travel to Wayne, Pennsylvania, on January 25 and 26, 2020, for her niece's first birthday party. Ms. Gold and her husband would drive to Pennsylvania and stay with his brother for the two days. Her current bail conditions restrict travel to the Southern, Eastern and Northern Districts of New York and the District of Connecticut. The government (AUSA Jeffrey Coffman) consents to this request.

    Thank you for considering the request.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

PS/wr
cc:   AUSA Jeffrey Coffman

Paul Shechtman
Partner

T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com       bracewell.com