Application granted.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.      2/23/22

# BRACEWELL

February 23, 2022

**VIA ECF**

Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    United States v. Kaitlyn Gold, Dkt. No. 19 CR 470

Dear Judge Seibel:

I write to request a modification of Kaitlyn Gold's bail conditions to allow her to travel to Fort Lee, New Jersey on March 28, 2022, for eye surgery for her daughter. The surgeon is Dr. Brian Campolattaro, whose office is at 2 Executive Drive in Fort Lee. She would return home that day. Her current bail conditions restrict travel to the Southern, Eastern and Northern Districts of New York and the District of Connecticut. The government (AUSA Jeffrey Coffman) consents to this proposed modification.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman
Partner

PS/rm
cc:    AUSA Jeffrey Coffman

**Paul Shechtman**
Partner

T: +1.212.508.6107      F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com      bracewell.com